HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MATTHEW WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-po-00438-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE OCTOBER 17, 2017** |
| | ) **REVIEW HEARING; ORDER** |
| vs. | ) |
| MATTHEW WILLIAMS, | ) |
| Defendant. | ) |

Defendant Matthew Williams hereby requests that the Court vacate the October 17, 2017 review hearing. The Government is in agreement with the request.

On November 15, 2016, the Court sentenced Mr. Williams to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, the Court ordered Mr. Williams to pay a fine of $500.

Mr. Williams has paid the entirety of the fine and has had no new law violations. Accordingly, Mr. Williams has complied with all conditions of his probation, and he hereby requests that the October 17, 2017 review hearing be vacated.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 16, 2017

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
MATTHEW WILLIAMS

# **O R D E R**

Based on the parties' joint representation that Mr. Williams is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for October 17, 2017 at 10 a.m.

IT IS SO ORDERED.

Dated: October 16, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE