HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MATTHEW WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-po-00438-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO DISMISS COUNT 1; ORDER** |
| vs. | ) |
| MATTHEW WILLIAMS, | ) |
| Defendant. | ) |

Defendant Matthew Williams files this motion to dismiss Count 1 pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On November 15, 2016, Mr. Williams pleaded guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Williams a deferred entry of judgment under 18 U.S.C. § 3607(a). On October 16, 2017, the Court vacated Mr. Williams's review hearing, as he had fully complied with the terms of his probation. Mr. Williams's probation expired on November 15, 2017.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Williams's term of probation has now expired, and he did not violate any condition of his probation. Accordingly, Mr. Williams requests that the Court,

without entering a judgment of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 13, 2017     /s/ Hope Alley
                            HOPE ALLEY
                            Assistant Federal Defender
                            Attorney for Defendant
                            MATTHEW WILLIAMS

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 1 of the Criminal Complaint in *United States v. Matthew Williams*, Case No. 6:16-po-00438-MJS.

IT IS SO ORDERED.

Dated:  December 14, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE